UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
FILE NO. 4:13-CV-00198-D

JOSEPH PARKER, SHERMAN COBB, AND
MANUEL FLORES BATAZ,

    Plaintiffs,

vs.

BENJAMIN ROBERT WHITEHURST, d/b/a
WHITEHURST FARMS, TRAVIS
WHITEHURST, d/b/a WHITEHURST
FARMS and JEFF WHITEHURST, d/b/a
WHITEHURST FARMS,

    Defendants.

**ORDER GRANTING THE DEFENDANTS' CONSENTED TO MOTION TO FILE THE CONFIDENTIAL SETTLEMENT AGREEMENT AND RELEASE UNDER SEAL**

This the **5** day of **May**, 2014, Defendants' Consented to Motion to File the Confidential Settlement Agreement and Release Under Seal, which was filed with the consent of Plaintiffs, is GRANTED and the Confidential Settlement Agreement and Release attached as Exhibit 1 to the Joint Motion for Approval of Settlement SHALL BE FILED UNDER SEAL. The Court further finds that: a material term of the Confidential Settlement Agreement and Release is that its terms be kept confidential; the nature and quality of such material justifies it being filed under seal, despite the competing interests of the public, because the publication of such private and confidential information would be harmful to the parties' privacy interests, and no alternative to sealing is adequate; and the parties' interests in maintaining the confidentiality of the Confidential Settlement Agreement and Release override any constitutional or common law right of public access which may attach to the documents and/or information at issue, particularly where the body of the Joint Motion for

Approval of Settlement contains a detailed description of the Plaintiffs' allegations and the Defendants' defenses that together gave rise to the settlement of this matter.

SO ORDERED, this the __5__ day of __May__, 2014.

_____
Chief U.S. District Judge James C. Dever, III